**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DWAYNE STAATS,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE LITTLE,<br><br>Defendant. | CIVIL ACTION NO. 1:22-cv-1962<br><br>(SAPORITO, J.) |

## ORDER

**AND NOW**, this 10th day of September, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for summary judgment (Doc. 72) is **DENIED**, and defendant's motion for summary judgment (Doc. 82) is **GRANTED**. The Clerk is directed to enter **JUDGMENT** in favor of defendant and against plaintiff.

2. The Clerk is directed to mark this case as **CLOSED**.

Dated: September 10, 2026

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States District Judge